Case 7:18-cv-03499-NSR-JCM Document 57 Filed 02/11/21 Page 1 of 3
Case 7:18-cv-03499-NSR-JCM Document 58 Filed 03/18/21 Page 1 of 3

MEMO ENDORSED

RECEIVED
SDNY PRO SE OFFICE
2021 FEB 11 AM 10: 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2021

FRANKLIN MATEO, N

    Plantiff,

V.

ARAMARK CORRECTIONAL SERVICES, LLC,
WESTCHESTER COUNTY, CHARLES BUTLER,
COFFEY KOHLI, PENNY STEWART, CRAIG
BOISSY,

    Defendants.

DOCKET: 7:18-cv-03499-NSR

NOTICE OF MOTION,
MOTION FOR EXTENSION
OF TIME

Pltf's request for an extension of time is denied without prejudice subject to extensions granted by Magistrate Judge McCarthy. The Clerk of Court is directed to change Pltf's address as detailed in this document, mail a copy of this endorsement to Pltf at the newly added address and terminate the motion (doc. 57).
Dated: March 18, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

TO NELSON S. ROMAN, U.S. DISTRICT COURT JUDGE:

    laintiff come before the Court and all parties concerned to move the Court for a brief time extension. A good faith effort has been made to comply within the deadlines. Plaintiff is as you know a Pro-Se litigant with no pryer knowledge of Federal Law. Plaintiff is incarcerated at Orleans Correctional Facility, in Albion N.Y We are in the mist of a Cov-19 lockdown for (30) days, and the Law Library callout system is distressed . Plaintiff is also of Latino decent and does not read or wright English very well. Plaintiff wishes to comply with the Civil Case Discovery Plan and schedualing order. Plaintiff asks the Court for a (6) day extention or whatever the Court sees fit and just. Plaintiff asks only to please the court with timely pleadings. If the extention is approved by Judge and Defense in this case Plaintiff feels he can follow any schedualing plan and or order Court sets forth

1)

with the help of the Facilities Law Library, as of this time there is no Spanish speaking Clerk, so Plaintiff will be doing all pleadings in English. Plaintiff hopes the extention will not unduly burden or prejudice the Judge or Defense in this matter.

FRANKLIN MATEO

CLAIMANT Franklin mtr Pro Sa

Din Num. 18A2593

Orleans Correctional Facilit

531 Gaines Basin Road

Albion, N.Y. 14411-9199

Sworn to me this 4th Day of February, 2021

NOTARY PUBLIC

MARK G. WELLS
Notary Public, State of New York
Qualified in Orleans County
No. 01WE6134974
Commission Expires Oct. 11, 20 24

9

CERTIFICATE OF SERVICE

I FRAnkin mAteo, hearby certify under penalty of perjury that a true and correct copy of the plaintiffs Motion for time Extetion is being served on Defendats Attorney. The Judge, Your Honor NELSON S. ROMAN and the Court Cerk

of the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK. By placing said Motion in the Orleans Correctional Facilities Mailbox -via- unitedStates Postal Service this day of 2-04, 2021 to ARAMARK CORRECTIONAL SERVICES, LLC,
WESTCHESTER COUNTY, CHARLES BUTLER,
Coffey kohli, PENNY STEWART, CRAIG BOISSY.

FRANKLIN MATEO
18-A-2593
orleans Correctionl Facility
3531 Gaines Basin RD.
Albion, N.Y. 14411-9199

Sworn to before me this 4th day February, 2021

Notary Public

MARK G. WELLS
Notary Public, State of New York
Qualified in Orleans County
No. 01WE6134974
Commission Expires Oct. 11, 2021

Signature
FRANKlin MAteo